UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Candice J. O'Brien
      Debtor
* * * * * * * * * * * * * * * * * * * *

Everhome Mortgage Company
      Movant

v.

Candice J. O'Brien

and

William Howison
      Chapter 7 Trustee
      Respondent
* * * * * * * * * * * * * * * * * * * *

CHAPTER 7 PROCEEDING

CASE NO. 09-21102

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Everhome Mortgage Company (the "Bank") hereby moves for relief from the automatic stay pursuant to 11 U.S.C. § 362 and in support thereof states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U. S. C. 1334 (b).

2. Pursuant to the provisions of 28 U. S. C. 157 (b)(1) and 157 (b)(2)(G), this matter is a core proceeding in which this Court is entitled to enter appropriate orders and judgments.

3. Everhome Mortgage Company is the holder of a promissory note dated May 17, 2004 in the original principal amount of $219,900.00 given by Candice J. O'Brien secured by a mortgage recorded in the Cumberland County Registry of Deeds in Book 21285, Page 267 conveying real property located at 28 Sullivan Court, Radcliffe Glen Condominium, Unit 22, Portland, Maine 04103.

4. This Chapter 7 case was filed on July 20, 2009.

5. The amount owed to the Bank under the terms of the Note and Mortgage as of August 12, 2009 is $213,416.51.

6. The Bank asserts the market value of the property to be no more than $300,000.00, as stated in Debtor's schedules.

7. The secured claim as set forth above exceeds the security value of the property taking into account the cost of liquidation.

8. The Bank lacks adequate protection of its interest in the property.

WHEREFORE, the Bank prays that this honorable Court:

      A.  Enter an order granting relief from the automatic stay imposed by 11 U.S.C. Section 362 to proceed to foreclose and obtain possession of the property under state law; and

      B.  For such other and further relief as this Court deems to be just and proper.

Everhome Mortgage Company

Dated: 8/25/2009

By: /s/ Leonard F. Morley Jr.
Leonard F. Morley, Jr., Esq.
Shapiro & Morley, LLP
75 Market Street, Suite 505
Portland, Maine 04101
(207) 775-6223
morleybankrupt@logs.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

* * * * * * * * * * * * * * * * * * * *

In Re:

Candice J. O'Brien
     Debtor

* * * * * * * * * * * * * * * * * * * *

CHAPTER 7 PROCEEDING

Everhome Mortgage Company
     Movant

CASE NO. 09-21102

v.

Candice J. O'Brien
     Respondent

* * * * * * * * * * * * * * * * * * * *

NOTICE OF PRELIMINARY HEARING

     Please take notice that a preliminary hearing upon the attached Motion for Relief from Stay will be held on September 22, 2009 at 9:00 AM, at the United States Bankruptcy Court, 537 Congress Street, Portland, Maine 04101.  You must file an answer to the Motion admitting or denying each allegation contained therein, with the Clerk of the U. S. Bankruptcy Court, 537 Congress Street, Portland, Maine 04101 with a copy to counsel for the Movant and other parties in interest on or before the response date of September 8, 2009.  If you fail to respond in accordance with this notice, the relief requested may be granted by default without further notice and hearing.

Dated: 8/25/2009

/s/ Leonard F. Morley Jr.
Leonard F. Morley, Jr., Esq.
75 Market Street, Suite 505
Portland, Maine 04101
(207) 775-6223

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

BK No: 09-21102
Chapter: 7
Hearing date: September 22, 2009
Hearing Time: 9:00 AM
Objection Date: September 8, 2009

In re:   Candice J. O'Brien

        Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Automatic Stay, Proposed Order, and Notice of Preliminary Hearing have been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

Daniel L Cummings, Esq.
William Howison, Trustee
US Trustee

Notice will be sent via first class mail to:

Candice J. O'Brien
28 Feeney Way
Portland, ME 04103


Executed on: 8/25/2009                    /s/ Leonard F. Morley Jr.
                                          Leonard F. Morley, Jr., Esq.